Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:            CLERK, U.S. BANKRUPTCY COURT

Re:            UNDISTRIBUTED FUNDS

Debtors:       Dennis Berkovich  &  Marina Voloshin
               18324 Clark Street
               Unit 121
               Tarzana, CA  91356-3517

Case No.:      SV12-17302-MB

Explanation of Source:    Transmitted herewith for deposit into the Court registry is the check identified below.   The check was not deliverable at the address in the Trustee's file.   The Trustee, after due diligence, has not been able to locate the payee.   Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| US DEPARTMENT OF EDUCATION | $ 419.22 |
| P.O. BOX 530260 | |
| ATLANTA, GA 30353 | |

Dated:  January 08, 2018                        _Elizabeth F Rojas_
                                              Elizabeth F. Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

Check Nos.        0979002
Check Date:      12/14/2017
Check Amt:          419.22

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1217302 | 4194 Claim #: 00018 | Dennis Berkovich Marina Voloshin | XXX-XX-9278 XXX-XX-4194 | 0.00 | 0.00 | 419.22 | 419.22 |
| | | | TOTALS | 0.00 | 0.00 | 419.22 | 419.22 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK
523 W. 6th Street, Suite 900
Los Angeles, CA 90014

16-4280/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Dec 14, 2017 | 0979002 |

Berkovich, Dennis
4194
Case No: 1217302

**CHECK AMOUNT**

$********419.22

VOID AFTER 60 DAYS

PAY ONLY  419.22
FOUR   ONE   NINE   PERIOD   TWO   TWO

PAY TO THE ORDER OF      CLK US BANKRUPTCY CT

VOID OVER $419.22      Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈079002⑈ ⑆122042807⑆ 03998548⑈